UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

KAREN L BROWN

    Plaintiff,

V.                                     CIVIL ACTION NO
                                          1:15-cv-01383-JFM

LAW OFFICES WALDMAN, GROSSFELD, APPEL AND BAER, P.A.

Defendant.                             AUGUST 21, 2015

## NOTICE OF DISSMISSAL

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

                                          THE PLAINTIFF

                                          BY/S/Bernard T. Kennedy
                                          Bernard T. Kennedy, Esquire
                                          The Kennedy Law Firm
                                          P.O. Box 673
                                          Blairsville, GA 30514
                                          Ph   (443) 607-8901
                                          Fax (443) 440-6372
                                          Fed. Bar # Md26843
                                          bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 8/21/15 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy